IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONALD RAY NICHOLS                                                                                    PLAINTIFF

      v.                         Civil No. 14-2144

PETE PETERSON, Jail Administrator,
Johnson County Detention Center;
SHERIFF JIMMY DORNEY, Johnson
County; SERGEANT ALLIE
WILKERSON; JAILER DOSS; and
JAILER BEN (last name unknown)                                                                    DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

    This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.*

    By Order entered on March 30, 2015 (Doc. 15), the Plaintiff was directed to complete an attached notice about the pending Summary Judgment Motion (Doc. 12) by April 20, 2015. On July 14, 2015, a Show Cause Order (Doc. 16) was entered giving Plaintiff until July 30, 2015, to show cause why this case should not be dismissed based on his failure to obey an Order of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

    To date, Plaintiff has not responded to either the initial Order (Doc. 15) or the Show Cause Order (Doc. 16). Plaintiff has not requested an extension of time to do so. He has not communicated with the Court in anyway. No mail has been returned as undeliverable.

    I therefore recommend that this case be dismissed with prejudice based on the Plaintiff's failure to obey the Orders of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 6th day of August, 2015.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)