IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONALD RAY NICHOLS                                                                       PLAINTIFF

v.                            Case No. 2:14-CV-02144

PETE PETERSON, Jail Administrator, Johnson County
Detention Center; SHERIFF JIMMY DORNEY, Johnson
County; SERGEANT ALLIE WILKERSON; JAILER
DOSS; and JAILER BEN (last name unknown)                                          DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 17) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to obey orders of the Court and failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 8th day of October, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE