IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONALD RAY NICHOLS                                                                              PLAINTIFF

v.                                       Case No. 2:14-CV-02144

PETE PETERSON, Jail Administrator, Johnson County
Detention Center; SHERIFF JIMMY DORNEY, Johnson
County; SERGEANT ALLIE WILKERSON; JAILER
DOSS; and JAILER BEN (last name unknown)                                             DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and

ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE .

IT IS SO ADJUDGED this 8th day of October, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE